

Michael P. Coughlin, Esquire
Direct Dial: (610) 941-2456
Direct Fax: (610) 684-2009
Email: mcoughlin@kaplaw.com
www.kaplaw.com

November 2, 2016



FILED

NOV 0 4 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

*Via Fax (267-299-5069)*
The Honorable Paul S. Diamond
U.S.D.C. for the Eastern District of Pennsylvania
610 Market Street
Room 6613
Philadelphia, PA  19106-1743

Re:  **Stewart Title Guaranty Services v. Stantec Consulting Services, Inc.**
     **U.S.D.C. for the Eastern District of Pennsylvania**
     **Docket No. 16-5342**

Dear Judge Diamond:

I represent the Plaintiff, Stewart Title Guaranty Company, in the above matter.

I received a copy of Your Honor's "Notice" scheduling a preliminary pretrial conference in this case for November 28, 2016 at 9:30 a.m. The representative from Stewart Title who will be attending the conference is Mark Borst, Esquire, who is located in Boston. Mr. Borst has a prepaid vacation scheduled for the Thanksgiving Day weekend. He will be returning to Boston on Sunday evening, November 27, 2016. The next morning, he will be flying out to attend the pretrial conference in this case. To give him sufficient travel time, we would respectfully request that the conference be scheduled for later in the day on November 28, 2016. Your Honor's secretary informed my assistant that Your Honor has availability at 2:00 p.m. on November 28, 2016. I have contacted opposing counsel, Frederick M. Brehm, Esquire, and he has no opposition to this request. Therefore, I am respectfully requesting that the pretrial conference be held at 2:00 p.m. on November 28, 2016.

Kaplin Stewart Meloff Reiter & Stein, PC
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA  19422-0765
610-260-6000 tel

*Offices in*
Pennsylvania
New Jersey

4212/446 4589899v1

The Honorable Paul S. Diamond
November 2, 2016
Page 2

Thank you for your consideration and please do not hesitate to contact me should you have any questions.

Respectfully yours,

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

*Michael P. Coughlin/ jr*

By: Michael P. Coughlin, Esquire

MPC:jvf

cc:     Frederick M. Brehm, Esquire (via E-mail fbrehm@powelltrachtman.com)

4212/446 4589899v1