IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEWART TITLE GUARANTY COMPANY

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 16-5342 |
| STANTEC CONSULTING SERVICES, INC. | | |

O R D E R


**AND NOW, TO WIT:** This 28th day of November, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.



**LUCY V. CHIN, I**nterim Clerk of Court

s/carol d. james

**BY:** _____

Carol D. James
Deputy Clerk


Civ 2 (8/2000)
41(b).frm